IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **JAY WILLIAMS**, | * |
| Plaintiff, | * |
| v. | Case No. 5:24-cv-00270-TES-CHW |
| | * |
| **FAITH COMMUNITY BAPTIST CHURCH et al.**, | * |
| Defendant. | * |

## J U D G M E N T

Pursuant to this Court's Order dated August 12, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 10th day of September, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk